The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITD STATES OF AMERICA,

       Plaintiff,

   v.

CRAIG LORCH,

       Defendant.

Case No. 2:18-cr-00277-RAJ

ORDER GRANTING DEFENDANT
LORCH'S MOTION TO SEAL

     The Court, having received and reviewed Defendant Craig Lorch's Unopposed Motion to Seal (the "Motion"), the Declaration of John W. Wolfe in Support of Craig Lorch's Unopposed Motion to Extend Commitment Date, and finding good cause,

     IT IS HEREBY ORDERED that Defendant Craig Lorch's Motion (Dkt. #52) is GRANTED.  The unredacted version of the Declaration of John W. Wolfe in Support of Craig Lorch's Motion to Extend Commitment Date shall be maintained under seal.

     DATED this 18th day of June, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING
DEFENDANT'S MOTION TO SEAL
Case No.:  2:18-cr-00277-RAJ

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300