THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CRAIG LORCH,<br><br>　　　　Defendant. | Case No. 2:18-cr-00277-RAJ<br><br>ORDER GRANTING DEFENDANT LORCH'S UNOPPOSED MOTION TO EXTEND COMMITMENT DATE |

This matter comes before the Court on Defendant Craig Lorch's Unopposed Motion to Extend Commitment Date.

The Court has considered the unopposed motion and supporting documents and the remainder of record on file. Being fully informed, the Court hereby **GRANTS** Defendant Craig Lorch's unopposed motion (Dkt. #50) and extends his July 23, 2020 Bureau of Prisons Commitment to a date no earlier than January 20, 2021. The United States Probation and Pretrial Services Office shall issue a letter notifying defendant of a new reporting date, which shall be no earlier than January 20, 2021. Defense counsel is directed to provide a copy of this Order to the United States Probation and Pretrial Services Office.

DATED this 18th day of June, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO EXTEND COMMITMENT DATE - 1
Case No. 2:18-CR-00277

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300