THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRAIG LORCH,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00277-RAJ<br><br>ORDER GRANTING DEFENDANT LORCH'S SECOND UNOPPOSED MOTION TO EXTEND COMMITMENT DATE NO EARLIER THAN MARCH 31, 2021 |

　　　This matter comes before the Court on Defendant Craig Lorch's Unopposed Motion to Extend Commitment Date.

　　　The Court has considered the motion and supporting documents, and the remainder of the record on file.  Being fully informed, and finding good cause, the Court hereby **GRANTS** Defendant Craig Lorch's motion (Dkt. # 71) and extends his Bureau of Prisons Commitment to a date no earlier than March 31, 2021.

　　　Mr. Lorch and his counsel are directed to notify this Court and the United States Probation and Pretrial Services of his new commitment date.

　　　DATED this 6th day of January, 2021.

　　　　　　　　　　　　　　　　　　　*Richard A. Jones*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER RE MOTION TO EXTEND
COMMITMENT DATE
Case No. 2:18-CR-00277

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300