THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRAIG LORCH,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00277-RAJ<br><br>ORDER GRANTING DEFENDANT LORCH'S THIRD UNOPPOSED MOTION TO EXTEND COMMITMENT DATE NO EARLIER THAN MAY 15, 2021 |

THIS MATTER comes before the Court on Defendant Craig Lorch's Unopposed Third Motion to Extend Commitment Date.

The Court has considered the unopposed motion, supporting documents, and the remainder of record on file. Being fully informed, the Court hereby **GRANTS** Defendant Craig Lorch's motion (Dkt. # 75) and extends his Bureau of Prisons Commitment to a date no earlier than May 15, 2021.

Mr. Lorch and his counsel are directed to notify this Court and the United States Probation and Pretrial Services of his new commitment date.

DATED this 10th day of March, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER RE MOTION TO EXTEND
COMMITMENT DATE
Case No. 2:18-CR-00277

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300